UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYCHITH KHOUANMANY, | No. 2:17-cv-1326-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES MARSHALS, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se with claims arising under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). He requests an extension of time to file his amended complaint pursuant to the court's September 19, 2017 order.

Plaintiff's request (ECF No. 32) is granted and plaintiff has 90 days from the date this order is served to file his amended complaint. Given the length of the extension herein granted, the court is not inclined to further extend the time.

So ordered.

Dated: October 26, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE