UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYCHITH KHOUANMANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES MARSHALS, et al.,<br><br>Defendants. | No. 2:17-cv-1326-TLN-EFB P<br><br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se with claims arising under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). She requests appointment of counsel as well as a 120-day extension of time to file objections to the court's October 19, 2018 findings and recommendations. *See* ECF Nos. 64, 65, 66.

District courts may authorize the appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir.1990); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir. 1988). In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits; and (2) the ability of the plaintiff to articulate her claims pro se in light of the complexity of the legal issues involved. *Terrell*, 935 F.2d at 1017. The court cannot conclude that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate

her claims amount to exceptional circumstances justifying the appointment of counsel at this time. The court will however, grant plaintiff's request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 66) is denied and her request for a 120-day extension of time to file objections to the October 19, 2018 findings and recommendations (ECF No. 65) is granted. Any objections to the findings and recommendations shall be filed no later than 120 days from the date of this order.

DATED: November 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE