UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYCHITH KHOUANMANY, | No. 2:17-cv-01326-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| BEN ALENCASTRE, et al., | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding *pro se*, has filed this civil rights action seeking relief under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2021, are ADOPTED IN FULL; and

2. Plaintiff's motion for summary judgment (ECF No. 162) is DENIED without prejudice.

Dated:  September 7, 2021

_____
Troy L. Nunley
United States District Judge