UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYCHITH KHOUANMANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEN ALENCASTRE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01326-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SUPPLEMENTAL SCHEDULING ORDER<br><br>ECF No. 172 |

　　　　Plaintiff is a federal prisoner alleging claims under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). She has filed a document that asks the court to extend all deadlines in this case. ECF No. 172. The court construes plaintiff's filing as a motion to modify the supplemental discovery order to extend the deadlines for filing motions to compel discovery and dispositive motions. In their response to plaintiff's filing, defendants state that they do not oppose extending those deadlines. ECF No. 173.

　　　　Since defendants do not oppose plaintiff's motion to modify the scheduling order, her motion will be granted. The court will also set a briefing scheduling on the two motions to compel that plaintiff recently filed. *See* ECF Nos. 174 & 175.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's December 27, 2021 filing, ECF No. 172, is construed as a motion to modify the supplemental scheduling order.

2. So construed, the motion, ECF No. 172, is granted.

3. The deadline to file motions to compel defendant Deppe to provide discovery is extended to February 3, 2022.

4. The deadline to file dispositive motions is extended to June 3, 2022.

5. Defendants shall file an opposition or statement of non-opposition to plaintiff's motions to compel, ECF Nos. 174 & 175, by no later than March 3, 2022.

6. Plaintiff may file a reply to defendants' opposition, if any, on or before March 10, 2022.

IT IS SO ORDERED.

Dated:   February 9, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2