UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILAYCHITH KHOUANMANY,<br><br>Plaintiff,<br><br>v.<br><br>ALENCASTRE, et al.,<br><br>Defendants. | Case No.  2:17-cv-01326-TLN-JDP<br><br><br><br>**ORDER** |

Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 203.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 5, 2023, (ECF No. 203), are adopted in full;

1

2. Defendants' Motion for Summary Judgment, (ECF No. 188), is GRANTED and summary judgment is entered in their favor and against Plaintiff; and

3. The Clerk of Court is directed to close the case.

DATED: January 31, 2023

Troy L. Nunley
United States District Judge